MEMORANDUM OPINION

 

No. 04-10-00349-CV

 

BETTER-BUILT
ENTERPRISES, INC.,

Appellant

 

v.

 

RAST IRON WORKS
COMPANY, INC., First National Bank Group, Inc., and Quincy Joist Company, Inc.,

Appellees

 

From the 408th
Judicial District Court, Bexar County, Texas

Trial Court No. 2008-CI-20507

Honorable Larry Noll,
Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  September 29, 2010

 

MOTION TO DISMISS GRANTED; DISMISSED

           Appellant filed a motion
to dismiss this appeal. We grant the motion. See Tex. R. App. P.
42.1(a)(1). Because the motion does not disclose an agreement of the parties
regarding the assessment of costs, we order all costs assessed against
appellant. See Tex. R. App. P. 42.1(d)(absent agreement of the parties,
costs are taxed against appellant).

 

PER
CURIAM